**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON CHRISTOPHER SMALL,<br><br>          Petitioner,<br><br>     v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Respondents. | NO. CV 08-5491 JSL (SS)<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 9, 2009

*/s/ Spencer Letts*
_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE